# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 13, 2026

**FILED**
Oct 14, 2026
KELLY L. STEPHENS, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

Re: D. Andrew Wilson, Attorney General of Ohio
v. Kenneth M. Miller, et al.
No. 25-1366
(Your No. 25-3305)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk